## LEEDS v. WARREN-SCHARF ASPHALT PAVING COMPANY.

[No. 5,823. Filed November 20, 1908.]

## VREELAND v. SAME.

[No. 5,824. Filed December 18, 1908.]

## LEEDS ET AL. v. SAME.

[No. 5,826. Filed December 18, 1908.]

## ROOT MANUFACTURING COMPANY v. SAME.

[No. 5,829. Filed December 18, 1908.]

From Laporte Superior Court; *Charles H. Truesdell*, Special Judge.

Suits by the Warren-Scharf Asphalt Paving Company. From decrees for plaintiff, defendants appeal. *Reversed.*

*James F. Gallaher*, for appellants.
*C. R. Collins* and *J. B. Collins*, for appellee.

MYERS, J.—These were suits by appellee to foreclose alleged street assessment liens against appellants' property situated in

the city of Michigan City. From decrees of foreclosure appellants appeal to this court, and have here assigned errors presenting the same questions which this court considered and decided adversely to appellee in the case of *Zorn* v. *Warren-Scharf, etc., Pav. Co.* (1908), 42 Ind. App. 213, and upon the authority of that case the judgments in these cases are reversed.